**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> 23676-23726 MALIBU ROAD, LLC, et al., <br><br> Defendants. | Case No. CV 21-1163-DMG (PVCx) <br><br> **JUDGMENT** |

This Court having granted Defendants 23676-23726 Malibu Road, LLC and Bungalow Lighting and Design, Inc.'s Motion for Summary Judgment by Order dated March 24, 2022,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants and against Plaintiff Antonio Fernandez.

DATED: March 25, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE