UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES—GENERAL**

| Case No. | CV 21-1163-DMG (FFMx) | Date | September 6, 2023 |
|---|---|---|---|
| Title | *Antonio Fernandez v. 23676-23726 Malibu Road, LLC, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NOT PRESENT | NOT PRESENT |

**Proceedings: IN CHAMBERS—ORDER**

In light of the parties' Joint Status Report indicating that are no issues remaining to be resolved, this action shall be closed.

IT IS SO ORDERED.